# United States Court of Appeals
## For the First Circuit

No. 99-1276

FREDERIC W. BERTHOFF,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

ERRATA SHEET

The opinion of this Court issued on October 21, 2002 is amended as follows:

Page 5, note 2, lines 1-2: replace the text "affirmed that denial in an unpublished per curiam opinion" with "denied Berthoff's request for an expanded COA with respect to ineffective assistance of counsel for the reasons stated by the district court".